**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**         DATE: 5-31-2005

☑ **INITIAL APPEARANCE**
☐ **BOND HEARING**
☐ **DETENTION HEARING**         Digital Recording 4:13 to 4:39 pm
☐ **PRELIMINARY (EXAMINATION) (HEARING)**
☐ **REMOVAL HEARING (R.40)**
☐ **ARRAIGNMENT**

PRESIDING MAG. JUDGE  DRB         DEPUTY CLERK: sql
CASE NO. 2:05CR131-A: 03    DEFT. NAME: Uwiana Fabium ROBINSON
AUSA: Morris    DEFT. ATTY: Mike Winter
            Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived;
PTSO: Martin
USPO: _____
Defendant ____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO ____ YES   Name: _____

---

☑ Date of Arrest 5-27-05 or ☐ Arrest Rule 40
☑ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☑ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐ held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☑ Release order entered. Deft advised of conditions of release
☑ BOND EXECUTED (M/D AL charges) $ 25,000. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
    DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed