AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

UWANA FABIUM ROBINSON
3806 LIBERTY DRIVE
MONTGOMERY, AL

**WARRANT FOR ARREST**

CASE NUMBER    2:05CR131-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ___UWANA FABIUM ROBINSON___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition
☐ Superseding Indictment

charging him or her       (brief description of offense)

Conspiracy and Possession w/intent to Distribute Cocaine (1 ct.)

in violation of _____21_____ United States Code, _____846_____

DEBRA P. HACKETT
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer - Deputy Clerk

CLERK
Title of Issuing Officer

May 27, 2005- Montgomery, AL
Date and Location

Bail fixed at  to be set at initial appearance    by  U.S. MAGISTRATE JUDGE
                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | SCANNED |