IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:  2:05CR131-A |
| | ) | |
| UWANA FABIUM ROBINSON | ) | |
| | ) | |

## ORDER

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby set for **June 8, 2005,**

**at 10:00 a.m.**,  in  courtroom 4A, Frank M. Johnson, Jr United States Courthouse Complex,

One Church Street, Montgomery, Alabama.

If the Defendant is in custody, the United States Marshal or the person having custody

of the defendant shall produce the defendant for the proceeding.

Done this   7th   day of June, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE