COURTROOM DEPUTY'S MINUTES  DATE: 6/8/2005 @ _____ to _____
MIDDLE DISTRICT OF ALABAMA  COURT REPORTER: _____
                            TAPE NO: _____ @ 11:15 am to 12:07 pm

☒ ARRAIGNMENT    ☐ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

PRESIDING MAG. JUDGE: *Delores R. Boyd*    DEPUTY CLERK: *S. Q. Long, Jr.*
CASE NUMBER: 2:05CR131-A    DEFENDANT NAME: Uwana Fabium ROBINSON
AUSA: Morris    DEFENDANT ATTY: ~~Mike ~~~~er~~ Freeman
PTSO: _____    Type Counsel: ( ) Waived; (~~Retained~~) Panel CJA; ( ) CDO    Appt'd
( ) appointed at arraignment;  ( ) standing in for: _____
USPO: _____

Defendant _____ does ✓ does NOT need an interpreter.
Interpreter present? ✓ NO _____ YES  Name: _____
I.O.C. DATE _____; PRETRIAL CONF. DATE: _____
DISCOVERY DISCLOSURE DATE: 6-14-05

---

☐ This is defendant's FIRST APPEARANCE. (Docket kia.!!!)
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.
  PLEA: ☒ Not Guilty    ☐ Nol Contendere
    ☐ Not Guilty by reason of insanity
    ☐ Guilty as to:
      ☐ Count(s) _____
      ☐ Count(s) _____
        ☐ dismissed on oral motion of USA;
        ☐ to be dismissed at sentencing
☐ Written plea agreement filed. ☐ ORDERED SEALED.
☐ _____ Days to file pretrial motions.
  _____ Trial date or term.
ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
ORDER: Defendant remanded to custody of U. S. Marshal for:
  ☐ Posting a $ _____ bond;
  ☐ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed.
  ☐ Defendant requests time to secure new counsel.