IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-CR-131-A |
| | ) | |
| UWANA FABIUM ROBINSON | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **UWANA FABIUM ROBINSON** in the above-styled matter.

Dated this 13th day of June 2005.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>
> s/Christine A. Freeman
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Attorney for Defendant
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street , Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org