**COURTROOM DEPUTY'S MINUTES**   DATE: 8/8/05

**MIDDLE DISTRICT OF ALABAMA**   Digital Recording: 11:17 - 11:33

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. DELORES R. BOYD**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr131-A   **DEFENDANT(S):** Willie James Boswell
Tinkiewon Lashus Berry
Uwana Fabuim Robinson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| A. Clark Morris | * * * * * | Jachary Collins<br>Kevin Butler<br>Benjamin Pool |

☐ **DISCOVERY STATUS:**   No Problem

☐ **PENDING MOTION STATUS:** Defendant Uwana Robinson may file a motion for one week extension of Pretrial motion deadline
Defendant Boswell - Motion to Sever; Gov's Response due 9/9/05
3 Discovery Motions; Gov's Response due 9/9/05
M/Suppress; Deft Supporting Memo due 9/9/05
Gov.'s Response due 9/16/05
Evidentiary Hearing 9/27/05 @ 1:30

☐ **PLEA STATUS:**
Robinson and Berry Possible Plea

☐ **TRIAL STATUS**   3 days for trial

☐ **REMARKS:**   Court allowed 30 days to resolve case