| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 11/28/2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:25 – 11:58 pm |
| | **COURT REPORTER:** Risa Entrekin |

☐ ARRAIGNMENT  ☑ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB  **DEPUTY CLERK:** sql
**CASE NUMBER:** 2:05cr131-A:03  **DEFENDANT NAME:** Uwana Fabium ROBINSON
**AUSA:** Morris  **DEFENDANT ATTORNEY:** Christine Freeman
  Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
  ( ) appointed at arraignment; ( ) standing in for: _____
**PTSO/USPO:**
**Interpreter present?** (✓)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**  ☐ Not Guilty
  ☑ Guilty as to: 1
    ☐ Count(s):
    ☐ Count(s):  ☐ dismissed on oral motion of USA
         ☐ to be dismissed at sentencing
☑ Written plea agreement filed  ☐ ORDERED SEALED
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
  **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel