IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:05-CR-131-A |
| ) | |
| UWANA FABIUM ROBINSON ) | |

RECEIVED
2006 FEB -7 P 3: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING NEUROBEHAVIORAL HEALTH EVALUATION AND MOTION TO SEAL

NOW COMES the Defendant, Uwana Fabium Robinson, by and through undersigned counsel, Christine A. Freeman, and respectfully notifies this Court that he has filed the attached Neurobehavioral Health Evaluation by Dr. Theron M. Covin.

The Defendant respectfully requests that this Evaluation be filed and placed **under seal** due to the sensitive information contained.

Respectfully submitted,

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO:2:05-CR-131-A |
| ) | |
| UWANA FABIUM ROBINSON ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this \_\_7\_\_ day of February 2006, served a copy of the foregoing **NOTICE OF FILING NEUROBEHAVIORAL HEALTH EVALUATION AND MOTION TO SEAL** upon the following, by **HAND DELIVERING** a copy of the same to the following addresses:

A. Clark Morris, Esquire
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Doug Mathis
United States Probation Officer
One Court Square, Suite 249
Montgomery, AL 36104

Respectfully submitted,

/s/ Christine A. Freeman

**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org