IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr131-WHA |
| UWANA FABIUM ROBINSON | ) | |

## **ORDER**

It is hereby ORDERED that the Motion to Seal (Doc. #100), filed by the Defendant on February 7, 2006, is GRANTED, and the clerk is DIRECTED to place the Neurobehavioral Health Evaluation attached to the motion **under seal**.

DONE this 8th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE