# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | |
|---|---|---|
| DATE COMMENCED: | February 14, 2006 | AT: 10:12 a.m. |
| DATE COMPLETED: | February 14, 2006 | AT: 10:30 a.m. |

UNITED STATES OF AMERICA   )
                          )
vs.                       )   CR. No. 2:05cr131-WHA
                          )
UWANA FABIUM ROBINSON     )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Todd A. Brown | Christine A. Freeman |

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter
Elna Behrman, Courtroom Deputy
Doug Mathis, USPO
Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Sentencing commences.
The parties have reviewed the presentence report and have no objections.
The Defendant's attorney argues its Motion for Downward Departure on the Basis of Diminished Capacity (Doc. #103).
The court inquires as to the Defendant's mental capacity to understand and enter into the plea agreement.
Government responds to the motion.
The Court orally DENIES the motion and accepts the Plea Agreement.
Sentence is stated.
No objections to sentence.
The court orally GRANTS the Government's Motion for Reduction in Criminal Offense Level (Doc. #99).
Sentence is imposed as stated.
Defendant waives his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.
Court is adjourned.