# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO:2:05-CR-131-A** |
| ) | |
| **UWANA FABIUM ROBINSON** ) | |

### DEFENDANT'S UNOPPOSED MOTION TO UNSEAL
### NEUROBEHAVIORAL HEALTH EVALUATION

**NOW COMES** the Defendant, Uwana Fabium Robinson, by and through undersigned counsel, Christine A. Freeman, and respectfully moves this Court to unseal the Neurobehavioral Health Evaluation by Dr. Theron M. Covin, previously filed by Mr. Robinson.

This Motion is made in order to permit the U.S. Probation Officer to provide proper notice of this evaluation to the U.S. Bureau of Prisons, so that such information may be considered in the proper designation, placement and treatment of Mr. Robinson while in the custody of the Bureau of Prisons. The Office of the U.S. Attorney does not oppose this request.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Robinson
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 23rd day of February 2006, served a copy of the foregoing upon the following, by **telefax** and through the Court's EM/CF system:

>A. Clark Morris, Esquire
>Assistant U.S. Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104
>
>Doug Mathis
>United States Probation Officer
>One Court Square, Suite 249
>Montgomery, AL  36104

>>s/Christine A. Freeman
>>**CHRISTINE A. FREEMAN**
>>**TN BAR NO.: 11892**
>>Attorney for Mr. Robinson
>>Federal Defenders
>>Middle District of Alabama
>>201 Monroe Street , Suite 407
>>Montgomery, AL 36104
>>TEL:   (334) 834-2099
>>FAX:   (334) 834-0353
>>E-Mail: Christine_Freeman@fd.org