IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| )  | |
| V. ) | CASE NO:2:05-CR-131-A |
| ) | |
| UWANA FABIUM ROBINSON ) | |

### DEFENDANT'S UNOPPOSED MOTION TO UNSEAL
### NEUROBEHAVIORAL HEALTH EVALUATION

**NOW COMES** the Defendant, Uwana Fabium Robinson, by and through undersigned counsel, Christine A. Freeman, and respectfully moves this Court to unseal the Neurobehavioral Health Evaluation by Dr. Theron M. Covin, previously filed by Mr. Robinson.

This Motion is made in order to permit the U.S. Probation Officer to provide proper notice of this evaluation to the U.S. Bureau of Prisons, so that such information may be considered in the proper designation, placement and treatment of Mr. Robinson while in the custody of the Bureau of Prisons. The Office of the U.S. Attorney does not oppose this request.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Mr. Robinson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

SO ORDERED
THIS 27th DAY OF February, 2006

UNITED STATES DISTRICT JUDGE