AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Case 2:05-cr-00131-WHA-DRB    Document 117    Filed 06/22/2006    Page 1 of 1

Judgment — Page 2 of 6

DEFENDANT: UWANA FABIUM ROBINSON
CASE NUMBER: 2:05cr131-WHA-003

## IMPRISONMENT

RECEIVED
2006 JUN 19 P 12:41
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**63 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where mental health treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

RETURNED AND FILED
JUN 2 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on 06/01/06 to FCI TOG
at Talladega, AL, with a certified copy of this judgment.

DB Drew, Warden
~~UNITED STATES MARSHAL~~

By _____ LIE
~~DEPUTY UNITED STATES MARSHAL~~