IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR131WHA |
| | ) | |
| UWANA FABIUM ROBINSON | ) | |

## ORDER AND OPINION ON ORAL MOTION FOR RELEASE FROM DETENTION PENDING REVOCATION HEARING

Pending before the court is the *Petition for Warrant or Summons for Offender Under Supervision* (Doc. 148). On March 19, 2015, the court conducted a detention hearing in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).

### Part I - Findings of Fact

The evidence presents a serious risk that the defendant will not appear as required as well as as a serious risk that the defendant will endanger the safety of another person or the community.

### Part II - Written Statement of Reasons for Detention

Since July 1, 2010, the defendant has been on a five-year term of supervised release. The undisputed testimony from United States Probation Officer, Ellen Traywick, "Traywick" indicates the conduct and demeanor of Uwana Robinson, "Robinson" while on supervision has been marginal at best. On January 17, 2015 at approximately 6:10 a.m., Montgomery Police Officers came upon a vehicle at the intersection of Highway 231 and the Southern Boulevard. Robinson was passed out behind the wheel and synthetic marijuana was on the seat. Robinson was the lone occupant of the car and he had a cigar in each hand. Officers arrested Robinson at the scene and charged him with possession of a controlled substance. Traywick noted that Robinson had tested positive for synthetic marijuana on April 29, 2014. Traywick became aware of the arrest through official channels on January 17, 2015 but Robinson did not personally notify Traywick of the arrest.

No evidence is before the Magistrate Judge that there are conditions of release which will reasonably assure the defendant's appearance and that he will not endanger the community pending a proceeding to revoke his supervised release and impose custodial terms.

**Part III - Directions Regarding Detention**

Pending further proceedings, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 23rd day of March, 2015.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE