# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| UWANA FABIUM ROBINSON | Case No.     2:05-cr-131-WHA-03<br>USM No.     11686-002 |
| | <u>Cecilia Vaca</u><br>Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)     <u>3 of the Amd Petition</u>    of the term of supervision.

☐    was found in violation of condition(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to notify probation officer within 72 hours of being arrested | 1/17/2015 |

        The defendant is sentenced as provided in pages 2 through     2     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✔ Violations #1and #2 are dismissed on oral motion of the Government.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec. No.: <u>3716</u>

Defendant's Year of Birth:    <u>1973</u>

City and State of Defendant's Residence:
        Montgomery, AL   36110

<u>April 7, 2015</u>
Date of Imposition of Judgment

<u>/s/ W. Harold Albritton</u>
Signature of Judge

<u>W. Harold Albritton, Senior U. S. District Judge</u>
Name and Title of Judge

<u>April 7, 2015</u>
Date

DEFENDANT:          UWANA FABIUM ROBINSON
CASE NUMBER:        2:05-cr-131-WHA-03

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**12 months**, **with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on February 14, 2006, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

X    The court makes the following recommendations to the Bureau of Prisons:

The court recommends that Defendant be designated to Montgomery FPC (Maxwell) to be closer to his family.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____  ☐ a.m.  ☐ p.m.   on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL